**N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **PUERTO RICO ELECTRIC POWER AUTHORITY, through GENERA PR, LLC ("GENERA"), and the Third-Party Procurement Office (3PPO), under Regulatory Compliance Services, Corp. (RECOMS)** <br> *Plaintiff* <br><br> v. <br><br> **NFENERGIA LLC ("NFE"), NEW FORTRESS ENERGY INC. ("NFE PARENT"), ATLANTIC ENERGY HOLDINGS LLC ("ATLANTIC"), INSURANCE COMPANIES A, B, AND C; and CORPORATIONS X, Y, AND Z** <br> *Defendants* | CIVIL NO.: 26-01423 (   ) <br><br> RE: BREACH OF CONTRACT; COLLECTION OF A LIQUID AND ENFORCEABLE SUM; DAMAGES; DECLARATORY JUDGMENT <br><br> Jury Trial Demanded. <br><br> (Diversity: 28 U.S.C. § 1332) |

**MOTION SUBMITTING EXHIBITS**

**TO THE HONORABLE COURT:**

COMES NOW Plaintiff, the Puerto Rico Electric Power Authority, through the Third-Party Procurement Office (3PPO), under Regulatory Compliance Services, Corp. (RECOMS), and through the undersigned counsel, and respectfully states and requests as follows:

1. Plaintiff has filed its Complaint in the above-captioned matter and hereby submits the documentary exhibits referenced in and incorporated by reference into the Complaint.

2. The exhibits submitted herewith are the following: Exhibit A, FSPA Contract (March 5, 2019); Exhibit B, NGSPA Contract (March 15, 2024); Exhibit C, Exigency Contract and Amendments (July 17, 2025, onward); Exhibit D, USCG Letter of Recommendation (September 26, 2018); Exhibit E, USCG Letter of Warning and New LOR (September 26, 2024); Exhibit F, NFE Notice of Force Majeure, USCG and STS (October 15, 2024); Exhibit G, NFE Notice of Force Majeure, USACE Dredging (February 14, 2025); Exhibit

1

H, NFE Notice of Force Majeure, TRO and Pilots (October 3, 2025); Exhibit I, 3PPO Formal Notice of Contractual Claim (December 19, 2025); Exhibit J, Professional Services Agreement, 3PPO and RECOMS (Contract No. 2025-PPP021), dated July 24, 2025; Exhibit K, Puerto Rico Thermal Generation Facilities Operation and Maintenance Agreement (January 24, 2023); and Exhibit L, PREPA Consent for 3PPO Representation and Claims Enforcement (December 19, 2025).

WHEREFORE, Plaintiff respectfully requests that this Honorable Court take notice of the exhibits submitted herewith and order them made part of the record.

**I HEREBY CERTIFY** that I filed this pleading through the CM/ECF of the Court.

**RESPECTFULLY SUBMITTED,** in San Juan, Puerto Rico, this 30th day of June, 2026.

*s/Max Pérez-Bouret*
Lcdo. Max Pérez-Bouret
USDC-PR Bar No.222612
Calle O'Neill G-14, Suite A
San Juan, PR 00918
Tel. 787-990-5212
Email: maxperezbouret@lexmaxpr.com