AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

PUERTO RICO ELECTRIC POWER AUTHORITY
*Plaintiff*
v.
NFENERGIA LLC, et al.
*Defendant*

Case No. 26-01423-PAD

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

NFEnergia LLC, New Fortress Energy Inc., and Atlantic Energy Holdings LLC .

Date: 10/02/2026

/s/ Camilo Cardozo
*Attorney's signature*

Camilo Cardozo New York 3984010
*Printed name and bar number*

VINSON & ELKINS LLP
The Grace Building
1114 Ave. of the Americas, 32nd Floor
New York, NY 10036
*Address*

ccardozo@velaw.com
*E-mail address*

(212) 237-0051
*Telephone number*

(212) 237-0100
*FAX number*